# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT NORTH CAROLINA
## MINUTE SHEET
## CATHARINE R. CARRUTHERS
## DURHAM, NC
## OCTOBER 15, 2009
## JENNIFER KNIGHT, ATLANTIC PROFESSIONAL, COURT REPORTER
## SHARI GRISSOM, COURTROOM DEPUTY

| 26. | Ronnie Maninkie Corbin 09-80764 13 | *18* Objection by Debtor to Confirmation of Plan | ATY DEBTOR: Edward C. Boltz TR: Richard M. Hutson |
| --- | --- | --- | --- |
|  |  | Appearances: Ben Lovell Staff Attorney for Trustee; Edward Boltz, Aty for Debtor |  |
|  |  | **ORDERED: OBJECTION OVERRULED; PLAN CONFIRMED O-Trustee** |  |